UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-60298-CR-SCOLA/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAEES ALAM QAZI,

        Defendant.

_____/

**DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to:  matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant.

Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   s/ *Daryl E. Wilcox*
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
One East Broward Boulevard, Suite 1100
Fort Lauderdale, FL 33301-1842
(954) 356-7436
(954) 356-7556, Fax
Daryl Wilcox@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: s/ *Daryl E. Wilcox*
Daryl E. Wilcox

K:\WilcoxD\Qazi - Invocation.wpd

# SERVICE LIST
## United States v. Raees Alam Qazi
## Case No. 12-60298-Cr-Scola/Snow

### United States District Court, Southern District of Florida

**Daryl E. Wilcox**
Assistant Federal Public Defender
Florida Bar No. 838845
One East Broward Boulevard, Suite 1100
Fort Lauderdale, FL 33301-1842
Tel: 954-356-7436
Fax: 954-356-7556
Daryl_Wilcox@fd.org
Attorney for Raees Alam Qazi
Notices of Electronic Filing

**Ronald Scott Chapman**
400 Clematis Street, Suite 206
West Palm Beach, FL 33401
Tel: 561-832-4348
Fax: 561-832-4346
ronchapman@bellsouth.net
Attorney for Sheheryar Alam Qazi
Notices of Electronic Filing

**Karen E. Gilbert**
United States Attorney's Office
99 N.E. 4 Street
Miami, FL 33132
Tel: 305-961-9161
Fax: 305-536-7213
karen.gilbert@usdoj.gov
Attorney for Government
Notices of Electronic Filing