UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA

UNITED STATES OF AMERICA

v.

RAEES ALAM QAZI
_____/

ORDER ON UNOPPOSED MOTION TO ADOPT
SHEHERYAR ALAM QAZI'S MOTION TO COMPEL
ADVANCE NOTICE OF GOVERNMENT'S INTENT TO USE
INFORMATION OBTAINED PURSUANT TO THE
FISA AMENDMENTS ACT SURVEILLANCE [DE:67]

This cause is before the Court on the defendant Raees Alam Qazi's Unopposed Motion to Adopt Sheheryar Alam Qazi's Motion to Compel Advance Notice of Government's Intent to Use Information Obtained Pursuant to the Fisa Amendments Act Surveillance [DE:67]. The motion [DE: 69 ] is **GRANTED.**

**DONE and ORDERED** in chambers at Miami, Florida, April 24, 2013

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record