UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA

UNITED STATES OF AMERICA

   v.

RAEES ALAM QAZI
_____/

### NOTICE OF FILING SUPPLEMENTAL AUTHORITY

The Defendant Raees Alam Qazi by and through his undersigned counsel hereby files the attached Supplemental Authority to D.E. 45.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

        By: s/ Daniel L. Ecarius
            Daniel L. Ecarius
            Supervisory Assistant Federal Public Defender
            Florida Bar No. 719765
            150 W. Flagler Street, Suite 1700
            Miami, FL 33l30-1556
            Telephone: (305) 530-7000
            Fax: (305) 536-4559
            E-mail: daniel_ecarius@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY certify that on January 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s Daniel L. Ecarius
        Daniel L. Ecarius