UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.     12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA

v.

**RAEES ALAM QAZI**,
     a/k/a "Shan," and
**SHEHERYAR ALAM QAZI**,
     **Defendants.**
_____

# GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
# THE STANDING DISCOVERY ORDER

The United States hereby files this sixth supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  5.  Copies of Disks and Documents containing:
    Bates Number 1168-1193    Jail Records (provided 12/10/13)
    Bates Number 1194-1198    Photos
    Bates Number 1199-1221    Transcripts
    Lab Reports, CVs           (provided 3/4/14)
    Bates Number 1222-1452    Transcripts
    Bates Number 1453-1506    Transcripts (provided 3/7/14)
    Linguist Bio
    Bates Number 1507-1619    Transcripts (provided 3/19/14)
    Bates Number 1620-1652    Transcripts (provided 3/20/14)
    CD containing car audio (now declassified)
    DVD of computer forensic analysis and report

B.  DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ *Karen E. Gilbert*
         Karen E. Gilbert
         Assistant United States Attorney
         Florida Bar No. 771007
         99 Northeast 4th Street
         Miami, Florida 33132-2111
         Tel: (305) 961- 9161
         Fax: (305) 536- 4675
         Karen.gilbert@usdoj.gov

cc:   Special Agent Paul Carpinteri
         FBI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** hereby certify that on March 20, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

         /s/ *Karen E. Gilbert*
         Assistant United States Attorney

2