UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**RAEES ALAM QAZI,**
**a/k/a "Shan," and**
**SHEHERYAR ALAM QAZI,**

      Defendants.
_____/

### OMNIBUS ORDER AFTER STATUS CONFERENCE

On March 20, 2014 this matter came before the Court for Status Conference to Set a Trial Date and Other Deadlines.  Based on the matters presented and argument of counsel, it is hereby

      **ORDERED AND ADJUDGED** as follows:

      1.  A Status Conference is set for **Thursday**, **May 22, 2014 at 8:30 AM,** at 400 North Miami Avenue, 12th floor - Courtroom 12-3, Miami, Florida before the Honorable Robert N. Scola, Jr., United States District Judge.  **The defendants are required to be present for status conference**.

      2.  **Criminal Jury Trial** is set before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida for **Monday, November 3, 2014** or as soon thereafter as the case may be called.  A **Calendar Call** will be held at **9:00 a.m. on Tuesday, October 28, 2014** at 400 N. Miami Avenue, Courtroom 12-3, Miami, Florida.  **All counsel and defendants are required to be present at the calendar call.**

3. The Government's *Ore Tenus* Motion for Extension of Time to Respond to Defendant Raees Alam Qazi's Motion to suppress any written or oral admission or confession is **granted** and the response shall be due on **April 3, 2014.**

4. On or before **May 6, 2014**, the following matters shall be due: (a) expert witness disclosures; (b) *Brady/Giglio* disclosures; (c) the Government shall provide to the Defendants any additional transcripts; and (d) the Defendants shall notify the court, in writing, if they need a translator for any trial witnesses, if so, specify the language.

5. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date of the Status Conference, **March 20, 2014**, to and including the date trial commences, that is, **November 3, 2014** — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 20, 2014.

_____
ROBERT N. SCOLA, Jr.
UNITED STATES DISTRICT JUDGE

cc: counsel of record