UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAEES ALAM QAZI a/k/a "Shan," and
SHEHERYAR ALAM QAZI,

    Defendants.
                                    /

## ORDER

**THIS MATTER** is before the Court on the Defendant's Motion Requesting That This Court Declare the FISA Amendments Act of 2008 Unconstitutional (DE# 96, 5/28/13).  Having reviewed the motion, response and reply, it is

ORDERED AND ADJUDGED that by **Friday, April 10, 2014**, the Government shall file a substantive memorandum of law addressing the defendant's assertion that the FISA Amendments Act of 2008 is unconstitutional.

DONE AND ORDERED in Chambers at Miami, Florida this **268h** day of March, 2014.

                                                      JOHN J. O'SULLIVAN
                                                      UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Scola
All counsel of record