UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA

UNITED STATES OF AMERICA

v.

RAEES ALAM QAZI
_____ /

ORDER ON UNOPPOSED MOTION
TO ADOPT DOCKET ENTRY 93

This cause is before the Court on the defendant Raees Alam Qazi's Unopposed Motion to Adopt D.E. No. 96. The motion [DE: 175] is **GRANTED**.

**DONE and ORDERED** in chambers at Miami, Florida, April 9, 2014

~~ROBERT N. SCOLA, JR.~~  John O'Sullivan
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Copies to:
All counsel of record