UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAEES ALAM QAZI a/k/a "Shan," and
SHEHERYAR ALAM QAZI,

    Defendants.
                                /

## ORDER

**THIS MATTER** is before the Court on the Government's Motion for Additional Time to Respond to Defendant Raees Qazi's Adoption of DE 96 (DE# 178, 4/10/13). Having reviewed the motion to which the defendants have agreed and good cause having been shown, it is

ORDERED AND ADJUDGED that the Government's Motion for Additional Time to Respond to Defendant Raees Qazi's Adoption of DE 96 (DE# 178, 4/10/13) is GRANTED in part. Any motion for reconsideration shall be filed on or before **April 28, 2014**. On or before **Monday, May 12, 2014**, the Government shall file a supplemental substantive memorandum on the merits of Sherheryar Qazi's constitutional challenge to the FISA Amendments Act of 2008 (DE 96) as well as respond to Defendant Raees Qazi's adoption of DE 96.

DONE AND ORDERED in Chambers at Miami, Florida this **15th** day of April, 2014.

                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Scola
All counsel of record