AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ Florida

United States of America

V.

Raees Qazi.

**EXHIBIT AND WITNESS LIST**

Case Number: 12-60298-CR-Scola/O'Sullivan

| PRESIDING JUDGE<br>Magistrate Judge John J. O'Sullivan | PLAINTIFF'S ATTORNEY<br>Adam Fels/ Karen Gilbert/ Jennifer Lev | DEFENDANT'S ATTORNEY<br>Daniel Ecarius |
|---|---|---|
| TRIAL DATE (S)<br>Hearing June 23, 2014 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 6/23 |   |   | Special Agent David Clancy, FBI |
| 1 |   | 6/23 | 6/23 | 6/23 | Miranda Form |
| 2 |   | 6/23 | 6/23 | 6/23 | Photogrpahs |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages